ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/29/2025 11:26 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00114-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/29/2025 11:26:47 AM
CHRISTOPHER A. PRINE
Clerk

# In the Fifteenth District Court of Appeals

---

**Cecile Erwin Young, in Her Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, Molina Healthcare of Texas, Inc., and Aetna Better Health of Texas, Inc.,**
*Appellants,*

**v.**

**Cook Children's Health Plan, Texas Children's Health Plan, Superior Health Plan, Inc., and Wellpoint Insurance Company,**
*Appellees.*

---

On Appeal from Cause No. D-1-GN-24-003839, In the 455th Judicial District Court of Travis County, Texas / Honorable Laurie Eiserloh, Presiding Judge

---

## APPELLEES' JOINT MOTION TO SET DEADLINE FOR FILING REPLIES IN SUPPORT OF RULE 29.3 MOTIONS

---

Appellees Cook Children's Health Plan, Texas Children's Health Plan, Superior Health Plan, Inc., and Wellpoint Insurance Company (collectively, "Appellees") file this Joint Motion to Set Deadline for Filing Replies in Support of Rule 29.3 Motions. In support, Appellees show the following:

1. On July 10, 2025, Appellees Cook Children's Health Plan and Texas Children's Plan, Appellee Superior HealthPlan, Inc., and Appellee Wellpoint

Insurance Company filed opposed motions requesting temporary relief under Texas Rule of Appellate Procedure 29.3 to preserve the status quo pending disposition of this interlocutory appeal brought by Appellants.

2. On July 14, 2025, Appellant Cecile Young, in her official capacity as the Executive Commissioner of the Texas Health and Human Services Commission ("the Executive Commissioner"), filed a motion to extend the deadline for filing her response by 30 days from July 21, 2025 to August 20, 2025 – giving her 41 total days to file her response (July 10, 2025 to August 20, 2025). In support, the Executive Commissioner cited: (1) other briefing and argument obligations; (2) prelitigation, oversight, and managerial responsibilities in the Office of the Attorney General; (3) the receipt of three Rule 29.3 motions from four appellees; and (4) "the volume of material requiring response [being] greater than the usual Rule 29.3 context, totaling over 150 pages."

3. Appellees – and to the extent the Executive Commissioner conferred with Appellants Molina Healthcare of Texas, Inc. ("Molina") and Aetna Better Health of Texas, Inc. ("Aetna") – did not oppose the Executive Commissioner's motion for extension that gave her 41 days to file her response.

4. On July 15, 2025, this Court granted the Executive Commissioner's motion and extended the deadline for filing her response until August 25, 2025, which gave the Executive Commissioner 46 days to file her response.

2

5.     On August 25, 2025, the Executive Commissioner filed her response to Appellees' Rule 29.3 motions.  On August 25, 2025, Molina also filed a response. And on August 27, 2025, Aetna filed a response adopting the Executive Commissioner's and Molina's responses.

6.     Given the importance of the temporary relief requested in their Rule 29.3 motions, Appellees intend to file replies in support of their motions and respectfully request that this Court not hear or determine their motions until Appellees have had the opportunity to file their replies.

7.     Texas Rule of Appellate Procedure 10 does not establish a deadline by which Appellees must file their replies in support of their Rule 29.3 motions. Accordingly, Appellees file this motion requesting that this Court grant them until October 9, 2025 – 45 days after the Executive Commissioner and Molina filed their responses – to file Appellees' replies in support of their Rule 29.3 motions.

8.     Such a deadline is justified in light of counsel for Appellees' briefing and other obligations in other matters as well as the volume of arguments asserted by the Executive Commissioner and Molina in their responses (a significant number of which have not been previously raised in the trial court or in this appeal) that require reply by Appellees and that are "greater than the usual Rule 29.3 context."

9.     Given the importance of the temporary relief requested by Appellees and the overlap of the issues addressed in Appellees' Rule 29.3 motions with the

issues that will be addressed in Appellees' merits briefs, Appellees submit that this motion, if granted, will enable them to provide this Court with a thorough and thoughtful analysis of the Executive Commissioner's and Molina's responses that will significantly assist this Court in deciding Appellees' motions.

10. Finally, as the Executive Commissioner noted in her motion for extension of time to respond to Appellees' Rule 29.3 motions and which applies equally to the relief Appellees request herein, "no party will be prejudiced … because no party is seeking expedited or emergency review" and Appellants themselves received 46 days to file their responses to the Rule 29.3 motions.

## CONCLUSION

For the reasons herein, Appellees respectfully request that this Court: (1) grant Appellees' Joint Motion to Set Deadline for Filing Replies in Support of Rule 29.3 Motions; (2) grant Appellees until and including October 9, 2025 to file their replies in support of their Rule 29.3 motions; and (3) grant Appellees any and all other relief to which they are entitled.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP | ALEXANDER DUBOSE & JEFFERSON

By /s/ Warren S. Huang

Susan Feigin Harris
State Bar No. 06876980
susan.harris@nortonrosefulbright.com
Warren S. Huang
State Bar No. 00796788
warren.huang@nortonrosefulbright.com
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151

Paul D. Trahan
State Bar No. 24003075
paul.trahan@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201

Thomas A. Coulter
tom.coulter@nortonrosefulbright.com
State Bar No. 04885500
NORTON ROSE FULBRIGHT US LLP
799 9th Street, NW, Suite 1100
Washington, D.C. 20001
Telephone: (202) 662-0200

*Counsel for Appellee Texas Children's Health Plan*

By /s/ Amy Warr

Amy Warr
State Bar No. 00795708
awarr@adjtlaw.com
Anna M. Baker
State Bar No. 00791362
abaker@adjtlaw.com
100 Congress Avenue, Suite 1450
Austin, Texas 78701-2709
Telephone: (512) 482-9300

Karen C. Burgess
State Bar No. 00796276
kburgess@burgesslawpc.com
Katie Dolan-Galaviz
State Bar No. 24069620
kgalaviz@burgesslawpc.com
BURGESS LAW PC
404 West 13th Street
Austin, Texas 78701-1825
Telephone: (512) 482-8808

Matthew P. Gordon
mgordon@perkinscoie.com
*Admission Pro Hac Vice*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000

*Counsel for Appellee Plaintiff Cook Children's Health Plan*

FOLEY & LARDNER LLP

By /s/ Stacy R. Obenhaus
     Robert F. Johnson III
     State Bar No. 10786400
     rjohnson@foley.com
600 Congress Avenue, Suite 3000
Austin, Texas. 78701
Telephone: (512) 542-7000

Michelle Y. Ku
State Bar No. 24071452
mku@foley.com
Stacy R. Obenhaus
State Bar No. 15161570
sobenhaus@foley.com
FOLEY & LARDNER LLP
2021 McKinney, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000

Benjamin J. Grossman
*Of Counsel*
bjgrossman@foley.com
FOLEY & LARDNER LLP
106 East College Avenue, Suite 900
Tallahassee, Florida 32301
Telephone: (850) 222-6100

*Counsel for Appellee Wellpoint
Insurance Company*

HOLLAND & KNIGHT LLP

By /s/ Richard B. Phillips, Jr.
     Richard B. Phillips, Jr.
     State Bar No. 24032833
     rich.phillips@hklaw.com
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 964-9500

Karen D. Walker
*Admission Pro Hac Vice*
karen.walker@hklaw.com
Tiffany Roddenberry
*Admission Pro Hac Vice*
tiffany.roddenberry@hklaw.com
HOLLAND & KNIGHT LLP
315 South Calhoun Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 425-5612

*Counsel for Appellee Superior
Health Plan, Inc.*

## CERTIFICATE OF CONFERENCE

Undersigned counsel for Appellee Texas Children's Health Plan, on behalf of Appellees, conferred with counsel for Appellants regarding the relief requested in this motion. The Executive Commissioner does not oppose a 30-day deadline but opposes a 45-day deadline. Aetna does not oppose up to a 30-day deadline but opposes more than a 30-day deadline. Molina opposes the relief requested in Appellees' motion.

/s/ Warren S. Huang
Warren S. Huang

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of Appellees' Joint Motion to Set Deadline for Filing Replies in Support of Rule 29.3 Motions was served in compliance with Texas Rule of Appellate Procedure 9.5 via the electronic filing manager or electronic mail on August 29, 2025, upon all counsel of record:

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
William R. Peterson
Solicitor General
William F. Cole
Principal Deputy Solicitor General
william.cole@oag.texas.gov
Cory A. Scanlon
Assistant Solicitor General
cory.scanlon@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-25848

*Counsel for Appellant Cecile Erwin Young,*
*In Her Official Capacity as Executive*
*Commissioner of the Texas Health and*
*Human Services Commission*

Joseph R. Knight
jknight@ebbklaw.com
EWELL, BROWN, BLANKE & KNIGHT LLP
111 Congress Avenue, Suite 2800
Austin, Texas 78701

Mark J. Kessler
mkessler@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106

*Counsel for Aetna Better Health of Texas, Inc.*

Cheryl Joseph LaFond
clafond@scottdoug.com
Jason LaFond
jlafond@scottdoug.com
SCOTT, DOUGLASS & McCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701

*Counsel for Molina Healthcare of Texas, Inc.*

      /s/ Warren S. Huang
      Warren S. Huang

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 105019158
Filing Code Description: Motion
Filing Description: Motion
Status as of 8/29/2025 11:43 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 8/29/2025 11:26:47 AM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 8/29/2025 11:26:47 AM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 8/29/2025 11:26:47 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 8/29/2025 11:26:47 AM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 8/29/2025 11:26:47 AM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 8/29/2025 11:26:47 AM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 8/29/2025 11:26:47 AM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 8/29/2025 11:26:47 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/29/2025 11:26:47 AM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 8/29/2025 11:26:47 AM | SENT |
| David Johns | | david@cobbjohns.com | 8/29/2025 11:26:47 AM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 8/29/2025 11:26:47 AM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 8/29/2025 11:26:47 AM | SENT |

Associated Case Party: Cook Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 8/29/2025 11:26:47 AM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 8/29/2025 11:26:47 AM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 8/29/2025 11:26:47 AM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 8/29/2025 11:26:47 AM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 8/29/2025 11:26:47 AM | ERROR |
| Trisha Marino | | tmarino@perkinscoie.com | 8/29/2025 11:26:47 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 105019158
Filing Code Description: Motion
Filing Description: Motion
Status as of 8/29/2025 11:43 AM CST

Associated Case Party: Cook Children's Health Plan

| | | | | |
|---|---|---|---|---|
| Trisha Marino | | tmarino@perkinscoie.com | 8/29/2025 11:26:47 AM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 8/29/2025 11:26:47 AM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 8/29/2025 11:26:47 AM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 8/29/2025 11:26:47 AM | SENT |

Associated Case Party: Texas Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 8/29/2025 11:26:47 AM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 8/29/2025 11:26:47 AM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 8/29/2025 11:26:47 AM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 8/29/2025 11:26:47 AM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 8/29/2025 11:26:47 AM | SENT |
| Kayla Ahmed | | kayla.ahmed@nortonrosefulbright.com | 8/29/2025 11:26:47 AM | SENT |

Associated Case Party: Wellpoint Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Johnson | 10786400 | rjohnson@foley.com | 8/29/2025 11:26:47 AM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 8/29/2025 11:26:47 AM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 8/29/2025 11:26:47 AM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 8/29/2025 11:26:47 AM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 8/29/2025 11:26:47 AM | SENT |

Associated Case Party: Superior Healthplan Inc.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 105019158
Filing Code Description: Motion
Filing Description: Motion
Status as of 8/29/2025 11:43 AM CST

Associated Case Party: Superior Healthplan Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 8/29/2025 11:26:47 AM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 8/29/2025 11:26:47 AM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 8/29/2025 11:26:47 AM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 8/29/2025 11:26:47 AM | SENT |

Associated Case Party: Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 8/29/2025 11:26:47 AM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 8/29/2025 11:26:47 AM | SENT |

Associated Case Party: Molina Healthcare of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 8/29/2025 11:26:47 AM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 8/29/2025 11:26:47 AM | SENT |

Associated Case Party: Aetna Better Health of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 8/29/2025 11:26:47 AM | SENT |

Associated Case Party: Cecile Erwin Young, Texas Health and Human Services

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 105019158
Filing Code Description: Motion
Filing Description: Motion
Status as of 8/29/2025 11:43 AM CST

Associated Case Party: Cecile Erwin Young, Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 8/29/2025 11:26:47 AM | SENT |
| Jeffrey Stephens | | jeff.stephens@oag.texas.gov | 8/29/2025 11:26:47 AM | SENT |